UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1097(1)(DSD/SRN)

German Perez-Ramirez,

Petitioner,

v. **ORDER**

Dave Lindemann, Special Agent,
Immigration and Naturalization
Service,

Defendants.

This matter is before the court on petitioner's objection to the magistrate judge's report and recommendation dated November 29, 2000. In her report, the magistrate judge recommended that the petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] and petitioner's motion for summary judgment [Doc. No. 7] be denied. Petitioner objects to this recommendation. However, after conducting a de novo review of the file and record, the court fully agrees with the magistrate judge's recommendation on these matters. The court will therefore adopt the magistrate judge's report and recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is denied.

FILED 1-29-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

2. Petitioner's motion for summary judgment [Doc. No. 7] is denied.

3. This action is dismissed with prejudice.

Dated: January 29, 2001

David S. Doty, Judge
United States District Court