# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

German Perez-Ramirez,

v.

Dave Lindemann, Special Agent, Immigration and Naturalization Service,

Case No. Civil 00-1097 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. 2241 is denied.

Petitioner's motion for summary judgment is denied.

This action is dismissed with prejudice.

DATE: January 29, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

11