UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1097 (DSD/SRN)

German Perez-Ramirez,

Petitioner,

v.

**ORDER**

Dave Lindeman, Special Agent,
Immigration and Naturalization
Service,

Respondents.

This matter is before the court on petitioner's application to proceed on appeal in forma pauperis [Doc. No. 13]. Petitioner appeals the court's denial of his application for post-conviction relief pursuant to 28 U.S.C. § 2241. The court has reviewed the financial documentation provided by petitioner and concludes that based on these representations, petitioner is eligible for IFP status.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed on appeal in forma pauperis is granted.

Dated: March 28, 2001.

David S. Doty, Judge
United States District Court

FILED ______________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______